IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM GRECIA, | |
| Plaintiff, | Hon. Judge John Z. Lee |
| v. | C.A. No. 1:16-cv-10221 |
| NFL NETWORK SERVICES, LLC | JURY TRIAL DEMANDED |
| Defendant. | |

**AGREED MOTION FOR ADDITIONAL EXTENSION
OF TIME TO ANSWER OR OTHERWISE PLEAD
BECAUSE THE PARTIES HAVE SETTLED IN PRINCIPLE**

Defendant NFL Network Services, Inc.[1] ("Defendant") respectfully moves the Court for an order extending its deadline to answer, move, or otherwise respond to Plaintiff Grecia's Complaint to March 6, 2017. In support of this motion, Defendant states as follows:

1. On November 30, 2016, this Court granted Defendant's first motion for extension of time to answer or otherwise plead, setting the answer date for January 6, 2017. *See* ECF No. 12. This Court subsequently further extended the answer or response date to February 6 because the parties were discussing a potential resolution of the case. *See* ECF No. 22.

2. Since that time, the parties have reached a settlement in principle. The parties expect to finalize formal settlement papers and dismiss the case before the requested additional answer/response date.

3. This request is not sought to delay the proceedings. Rather, it is requested to avoid expenses and Court involvement given that the case has settled in principle.

---

[1] The complaint incorrectly names "NFL Network Services, LLC." NFL Network Services, Inc. is the correct party name.

1

WHEREFORE, Defendant respectfully moves this Court for an extension of an additional 30 days of the date by which it must answer or otherwise plead, to March 6, 2017.

Date: February 3, 2017

Respectfully submitted,

/s/ Todd H. Flaming
*Counsel for Defendant*

Todd H. Flaming
 Todd@KrausFlaming.com
**KrausFlaming LLC**
20 South Clark Street, Suite 2620
Chicago, Illinois 60603
(312) 447-7217