# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIAM GRECIA, | |
| Plaintiff, | Case No. 1:16-cv-10221 |
| v. | Hon. John Z. Lee |
| NFL NETWORK SERVICES, LLC, | |
| Defendant. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff William Grecia and Defendant NFL Network Services, LLC,[1] pursuant to Fed. R. Civ. P. 41(a)(1), hereby give notice of and stipulate to the dismissal of all claims in this action **WITH PREJUDICE**, with each party to bear its own costs, expenses, and attorney fees.

Date: March 6, 2017

Respectfully submitted,

*/s/ Stephen C. Jarvis*
Matthew M. Wawrzyn (#6276135)
matt@wawrzynlaw.com
Stephen C. Jarvis (#6309321)
stephen@wawrzynlaw.com
**WAWRZYN & JARVIS LLC**
233 S. Wacker Dr., 84th Floor
Chicago, IL 60606
(312) 283-8010

*Counsel for William Grecia*

*/s/ Todd H. Flaming*
Todd H. Flaming
todd@krausflaming.com
**KrausFlaming LLC**
20 South Clark Street, Suite 2620
Chicago, Illinois 60603
(312) 447-7217

*Counsel for NFL Network Services, Inc.*

---

[1] The complaint incorrectly names "NFL Network Services, LLC." NFL Network Services, Inc. is the correct party name.

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on March 6, 2017 a true and correct copy of the foregoing **Stipulation of Dismissal With Prejudice** was filed electronically with the Clerk of the Court using the CM/ECF system, thereby serving all counsel of record.

*/s/ Stephen C. Jarvis*